UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL J. DICE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF GRAND COULEE, and MEL O. HUNT and JANE DOE HUNT, husband and wife, <br><br> Defendants. | NO. 11-CV-296-JLQ <br><br> ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY ORDERED:**

Pursuant to the parties' Stipulated Motion to Dismiss (ECF No. 62), the Clerk of this court shall enter judgment of dismissal with prejudice of the Second Amended Complaint (ECF No. 53) and the claims therein without costs or attorney's fees to any party.

The Clerk of this court shall terminate all pending motions, enter this Order and judgment, forward copies to counsel, and close this file.

DATED this 23rd day of January, 2013.

      s/ Justin L. Quackenbush
      JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1