AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DANIEL J. DICE,

                Plaintiff,

                v.

CITY OF GRAND COULEE, and MEL O. HUNT and JANE DOE HUNT, husband and wife,

                Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-296-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Second Amended Complaint (ECF No. 53) and the claims therein are dismissed with prejudice and without costs or attorney's fees to any party.

January 23, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer